

**IT IS ORDERED as set forth below:**


**Date: May 20, 2026**

_____

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SIMON HYEN AHN, | : | CASE NO. 25-58576 - JWJ |
| | : | |
| DEBTOR. | : | |
| ------------------------------ | : | ------------------------------ |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SIMON HYEN AHN, | : | |
| | : | |
| RESPONDENT. | : | |

**ORDER CONVERTING CASE TO CHAPTER 7**

This matter came before the Court on May 20, 2026, on Debtor's *Disclosure Statement and Amended Chapter 11 Plan* and *Third Amended Disclosure Statement* (Doc. Nos. 85, 89, and 93). Present at the hearing were Simon Ahn, *pro se*, and Lindsay Kolba on behalf of the United States Trustee.

Having considered the record in this case, being fully advised, and finding cause for the entry of this order, for the reasons stated on the record at the hearing, it is hereby

ORDERED that this case is *converted* to chapter 7, and United States Trustee is directed to appoint a chapter 7 trustee.  It is further

ORDERED that -

1.      Debtor shall, forthwith, turn over to the chapter 7 trustee all records and property of the estate in his possession or control and shall immediately turnover any other property of the estate which hereinafter comes into his possession or control during the pendency of this case; and

2.      Debtor shall cooperate and assist the chapter 7 trustee in identifying, assembling, and collecting property of the estate and shall provide the trustee with all documents pertaining to assets of the estate as the trustee requests; and

3.      not later than 14 days after entry of this Order, Debtor shall file schedules of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim and serve a copy of the schedules on the trustee and the United States Trustee; and

4.      not later than 28 days after entry of this Order, Debtor shall file and transmit to the trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate, including proceeds of assets of the estate; and

5.      not later than 28 days after entry of this Order, Debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which the reports have not already been filed.

[END OF DOCUMENT]

Prepared and presented by:

*/s/ Lindsay P. S. Kolba*
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

## DISTRIBUTION LIST

ALL PARTIES ON THE MAILING MATRIX FOR THIS CASE